**Mrs. Emma KOEHLER, Appellant, v. The SOUTH TEXAS BANK & TRUST CO. et al., Appellees.**

No. 9439.

Court of Civil Appeals of Texas. San Antonio.

Oct. 31, 1934.

Rehearing Denied Nov. 28, 1934.

---

Victor Keller and Frank J. Bosshardt, both of San Antonio, for appellant.

Templeton, Brooks, Napier & Brown, Hicks, Dickson, Bobbitt & Lange, and Fagan Dickson, all of San Antonio, for appellees.

MURRAY, Justice.

This is a companion case to the case of Hill v. South Texas Bank & Trust Company et al., reported in 73 S.W.(2d) 1043. It involves similar facts and the same law questions. For the reasons given in the decided case, the judgment will be affirmed.

BICKETT, C. J., did not participate in the decision of this case.

---

**W. L. MAUNEY, Appellant, v. John F. ONION et al., Appellees.**

No. 9447.

Court of Civil Appeals of Texas. San Antonio.

Nov. 8, 1934.

Rehearing Denied Nov. 21, 1934.

E. P. Lipscomb, of San Antonio, for appellant.

Nowlin Randolph, of San Antonio, for appellees.

MURRAY, Justice.

The judgment of the court below will be affirmed. See Alvord National Bank v. Waples-Platter Grocer Co., 54 Tex. Civ. App. 225, 118 S. W. 232; Lackie v. Bramlett, 1 White & W. Civ. Cas. Ct. App. § 1129, p. 639; Burris v. Myers (Tex. Civ. App.) 49 S.W.(2d) 931; Schultz v. Mabry (Tex. Civ. App.) 60 S.W.(2d) 1045.

No written opinion will be delivered in this cause, under the policy of this court set forth in Associated Indemnity Corporation v. Gatling, 75 S.W.(2d) 294, delivered October 17, 1934.